UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                      22-CR-109

PAYTON GENDRON,
(ICN # 157103)

Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES

TO:   Charles F. Salina, United States Marshal
      Western District of New York, or his Deputies

      Superintendent, Erie County Holding Center
      or his Deputies or Designees

GREETINGS:

**YOU ARE HEREBY COMMANDED** to produce the body of **PAYTON GENDRON**, now detained in the Erie County Holding Center, at Buffalo, New York, before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, in and for the Western District of New York at the United States Courthouse in the City of Buffalo, New York, on **Friday, December 9, 2022,** at **10:30 a.m.,** for a status conference and, thereafter, said defendant is to be returned to his place of confinement.

RETURNED   NOT   EXECUTED

WITNESS, the Clerk of the Court for the Western District of New York, at Buffalo,

New York, on December $\underline{\hspace{0.3in}2\hspace{0.3in}}$, 2022.

_Mary C. Loewenguth_
MARY C. LOEWENGUTH, CLERK
United States District Court
Western District of New York

2