UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

              22-CR-109 (LJV-HKS)

v.

PAYTON GENDRON,

  Defendant.
_____

## NOTICE OF APPEAL

Notice is hereby given that defendant, Payton Gendron, appeals to the United States District Court for the Western District of New York from the Decision and Order of United States Magistrate Judge H. Kenneth Schroeder, Jr., filed July 13, 2023 (Doc. No. 82).

Dated: July 26, 2023
    Buffalo, New York

              *s/MaryBeth Covert*
              _____
              MaryBeth Covert
              Senior Litigator

              *s/Sonya A. Zoghlin*
              _____
              Sonya A. Zoghlin
              Assistant Federal Public Defender

              *s/Anne M. Burger*
              _____
              Anne M. Burger
              Supervisory Assistant Federal Public Defender

To: Joseph M. Tripi, AUSA
   Brett A. Harvey, AUSA
   Laura B. Gilson, Trial Attorney

   Honorable H. Kenneth Schroeder, Jr.
   United States Magistrate Judge