UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.                                                                                    22-CR-109-LJV

PAYTON GENDRON                                                      NOTICE OF MOTION

        Defendant.
_____

| | |
|---|---|
| **MOTION BY:** | MaryBeth Covert, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable Lawrence J. Vilardo, United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender MaryBeth Covert, dated August 15, 2023. |
| **RELIEF REQUESTED:** | Sealing of Motion. |
| **DATED:** | Buffalo, New York, August 15, 2023. |

Respectfully submitted,

**/s/  MaryBeth Covert**
MaryBeth Covert
Senior Litigator
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
marybeth_covert@fd.org
Counsel for Payton Gendron

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                                 22-CR-109-LJV

PAYTON GENDRON,                                     **AFFIRMATION**

            Defendant.
_____

      **MARYBETH COVERT,** affirms under penalty of perjury that:

      1.      I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent Payton Gendron.

      2.      The Motion transmitted to the Court and counsel today contains confidential/sensitive information and also refers to and is a supplement of previously sealed filings. Therefore, the defense is requesting that the Motion be filed under seal.

      3.      The undersigned has communicated with Assistant United States Attorney Joseph M. Tripi regarding this request, who has indicated the government has no objection to sealing of this motion.

      **WHEREFORE**, it is respectfully requested that the defendant's Motion submitted on today's date be filed under seal.

      **DATED**:           Buffalo, New York, August 15, 2023.

                                            Respectfully submitted,

                                            ***/s/ MaryBeth Covert***
                                            MaryBeth Covert
                                            Senior Litigator
                                            Federal Public Defender's Office