# EXHIBIT A

US v. PAYTON GENDRON, 22-CR-109 (LJV)
PRETRIAL DETENTION RECORDS DISCLOSURE LOG

| | LIVINGSTON COUNTY JAIL RECORDS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Folder | Sub-Folder | File(s) | Description | Disclosed | Grounds for Non-Disclosure | Redacted | Grounds for Redaction |
| 1. | Commissary | | Commissary Activity | Commissary Account Records | No | 1st/4th Amendments | | |
| 2. | Commissary | | Gendron Deposits | Commissary Account Records | No | 1st/4th Amendments | | |
| 3. | Correspondence | | Correspondence | List of mail and visitors | No | 1st/4th Amendments; Attorney Work Product | | |
| 4. | Kiosk Requests | | Kiosk Requests | | Yes | | Yes | Medical; Attorney Work Product |
| 5. | Phone Calls | Admin | Various files | Player Application extensions and related files | Yes | | Yes | 1st/4th Amendments; Attorney Work Product |
| 6. | Phone Calls | | WAV audio files | Recorded phone calls | No | 1st/4th Amendments; Attorney Work Product/Privilege | | |
| 7. | Phone Calls | | Instructions | Pdf file for instructions to play recordings | Yes | | No | |
| 8. | Phone Calls | | List of Phone Calls | | No | 1st/4th Amendments; Attorney Work Product | | |
| 9. | Phone Calls | | Player | Application | Yes | | No | |

1

US v. PAYTON GENDRON, 22-CR-109 (LJV)
PRETRIAL DETENTION RECORDS DISCLOSURE LOG

| | LIVINGSTON COUNTY JAIL RECORDS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Folder | Sub-Folder | File(s) | Description | Disclosed | Grounds for Non-Disclosure | Redacted | Grounds for Redaction |
| 10. | Records | Incidents | Several pdfs | Incident reports | Yes | | Yes | Medical; Attorney Work Product |
| 11. | Records | Incidents | Incidents Summary 2 | | Yes | | Yes | Medical |
| 12. | Records | | Booking Card | | Yes | | No | |
| 13. | Records | | Gendron File Rule Bk acknowledgment | | Yes | | No | |
| 14. | Records | | Gendron Schedule 2_1_23 thru 3_3_24 | | Yes | | Yes | 1st Amendment; Attorney Work Product; Medical |
| 15. | Records | | Inmate Property inventory | | Yes | | Yes | 1st / 4th Amendment; Attorney-Client Work Product |
| 16. | Records | | Inmate Property Release | | Yes | | Yes | 1st / 4th Amendment; Attorney-Client Work Product |
| 17. | Tablet Information | Contact Photos | JPG files | Photos re contacts | No | 1st/4th Amendments | | |
| 18. | Tablet Information | Login Profiles | JPG files | Login photos | No | 1st/4th Amendments | | |
| 19. | Tablet Information | N/A | Depositors | | No | 1st/4th Amendments | | |
| 20. | Tablet Information | | Messages_Report_ | | No | 1st/4th Amendments | | |
| 21. | Tablet Information | | Photos_Repor[t] | | No | 1st/4th Amendments | | |

| LIVINGSTON COUNTY JAIL RECORDS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Folder | Sub-Folder | File(s) | Description | Disclosed | Grounds for Non-Disclosure | Redacted | Grounds for Redaction |
| 22. | Tablet Information | | Screen Shot of Tablet Acknowledgement Rule Book Pg 1 | | Yes | | No | |
| 23. | Tablet Information | | Screen Shot of Tablet Acknowledgment Rule Book | | Yes | | No | |
| 24. | Tablet Information | | Screen Shot of Tablet | | Yes | | No | |
| 25. | Tablet Information | | Tablet Contacts 1 | | No | 1st/4th Amendments | | |
| 26. | Tablet Information | | Tablet Contacts 2 | | No | 1st/4th Amendments | | |
| 27. | Tablet Information | | Tablet video visits 1 | | No | 1st/4th Amendments | | |
| 28. | Tablet Information | | Tablet video visits 2 | | No | 1st/4th Amendments | | |
| 29. | Tablet Information | | Voicemail log | List of funds added to account | No | 1st/4th Amendments | | |
| 30. | Visits | | Excel Worksheet | | No | 1st Amendment; Attorney Work Product | | |
| 31. | Phone Monitoring notice | | | MOV Video File | Yes | | No | |

**US v. PAYTON GENDRON, 22-CR-109 (LJV)**
**PRETRIAL DETENTION RECORDS DISCLOSURE LOG**

| ERIE COUNTY HOLDING CENTER RECORDS | | | | | | |
|---|---|---|---|---|---|---|
| No. | File(s) | Description | Disclosed | Grounds for Non-Disclosure | Redacted | Grounds for Redaction |
| 1. | 157103 – Gendron Booking Package | | Yes | | No | |
| 2. | 157103 – Resident Account Summary | Commissary Records | No | $1^{st}/4^{th}$ Amendments | | |
| 3. | 157103 – Gendron – Visiting Logs | | No | Attorney Work Product | | |
| 4. | 157103 – Gendron, Payton – Scanned Jacket | | Yes | | No | |
| 5. | Order_ECHC_5-31-24 | | Yes | | No | |