IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.                                                          22-cr-00109-LJV

PAYTON GENDRON,

              Defendant.
_____

## NOTICE OF APPEARANCE

TO:    Clerk of the United States District Court
         for the Western District of New York

I, Monica Foster, Indiana Federal Community Defenders, Inc., am authorized to practice in this Court, and you are hereby requested to enter my appearance as co-counsel for Payton Gendron.

Dated: Indianapolis, Indiana, October 29, 2024.

                                              s/*Monica Foster*
                                              Monica Foster
                                              Indiana Federal Community Defenders, Inc.
                                              111 Monument Circle, Suite 3200
                                              Indianapolis, IN 46204-5172
                                              (317) 383-3520
                                              Fax: (317) 383-3525
                                              monica.foster@fd.org
                                              Attorney for Defendant