IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                      22-cr-00109-LJV

PAYTON GENDRON,

          Defendant.
_____

## NOTICE OF APPEARANCE

TO:    Clerk of the United States District Court
          for the Western District of New York

I, Daniel Habib, Assistant Federal Public Defender for the Federal Defenders of New York, am authorized to practice in this Court, pursuant to Loc. R. Civ. P. 83.1 (e) and you are hereby requested to enter my appearance in this matter for Payton Gendron.

Dated: New York, New York, November 14, 2024.

                                                        s/*Daniel Habib*
                                                        Daniel Habib
                                                        Assistant Federal Public Defender
                                                        Federal Defenders of New York
                                                        52 Duane Street, 10th Floor
                                                        New York, NY 10007
                                                        (646) 484-1724
                                                        Daniel_habib@fd.org
                                                        Attorney for Defendant