UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,

    v.                                        22-CR-109 (LJV-HKS)

PAYTON GENDRON,

            Defendant.
───────────────────────────────

## DEFENDANT'S WAIVER OF PERSONAL APPEARANCE

Defendant, Payton Gendron, states as follows:

1. I have discussed my options with my attorneys regarding my presence at the upcoming court proceeding on November 15, 2024 and I do not wish to be present.

2. I have also authorized my attorneys to communicate with the court on my behalf about whether I want to be present at this or future court appearances.

Dated:    November 11, 2024



                                Payton Gendron
                                Defendant