IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                22-CR-109-LJV

PAYTON GENDRON,

              Defendant.

_____

## MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL SUBMISSIONS

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Joseph M. Tripi, Assistant United States Attorney, the undersigned hereby moves this Court for an extension of time to file pretrial submissions, *see* Dkt. 433.

DATED: Buffalo, New York, October 28, 2025

                                                MICHAEL DIGIACOMO
                                                United States Attorney

                BY:    s/JOSEPH M. TRIPI
                        Assistant United States Attorney
                        United States Attorney's Office
                        Western District of New York
                        138 Delaware Avenue
                        Buffalo, New York 14202
                        716-843-5839
                        Joseph.Tripi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                            22-CR-109-LJV

PAYTON GENDRON,

                        Defendant.

_____

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO    )

      **JOSEPH M. TRIPI,** being duly sworn, deposes and states:

      1.      I am an Assistant United States Attorney for the Western District of New York and I am assigned to my office's file regarding this action.  This affidavit is submitted in support of the government's motion for an extension of time to file it's exhibit list, witness list, and expert disclosures for guilt and penalty phases.

      2.      As this Court is aware, the jury trial in this matter is scheduled for August 17, 2026, *see* Minute Entry July 1, 2025.  On January 30, 2025, the Court set a scheduling order requiring the government's exhibit list, witness list, and expert disclosures to be filed by November 3, 2025.

3. During the relevant time, the government has been diligently working on the submissions and has made substantial progress towards completion. However, due to the number of potential witnesses involved in the guilt and penalty phases, the number of exhibits that need to be reviewed and described on the exhibit list, and the need to acquire additional information necessary to complete the government's expert disclosures, the government respectfully requests a one-week extension of time to file the above-referenced pre-trial submissions.

4. The government has conferred with the Federal Public Defender's office, who consents to this extension request.

5. Based upon the foregoing, the government respectfully requests an extension of time from November 3, 2025, until November 10, 2025, to file the above-referenced pretrial submissions.

s/JOSEPH M. TRIPI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5839
Joseph.Tripi@usdoj.gov

Subscribed and sworn to before me
this 28th day of October, 2025.

s/ELIZABETH HARF
Commissioner of Deeds
In and for the City of Buffalo, New York.
My Commission Expires Dec. 31, 2026