IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.                                        USDC Docket No. 22-cr-109
                                                    USCA Docket No. 25-2570-cr

PAYTON GENDRON,

              Defendant.

---

**INDEX TO RECORD ON APPEAL**

| ITEM | DOCUMENT DESCRIPTION | DISTRICT COURT DOCKET NO. |
|---|---|---|
| 1 | COMPLAINT as to Payton Gendron (1). (LMG) [1:22-mj-00124-HKS] (Entered: 06/15/2022) | 1 |
| 2 | INDICTMENT as to Payton Gendron (1) count(s) 1-10, 11-20, 21-23, 24-26, 27. (JLV) (Entered: 07/14/2022) | 6 |
| 3 | NOTICE OF INTENT TO SEEK THE DEATH PENALTY as to Payton Gendron (Tripi, Joseph) (Entered: 01/12/2024) | 125 |
| 4 | Sealed Document as to Payton Gendron pursuant to 197 DECISION & ORDER re 160 MOTION for Informational Outline of Certain Aggravating Factors. Access given to counsel of record. (LAS) (Entered: 09/13/2024) | 210 |
| 5 | Sealed Document – MOTION to Strike Statutory and Non-Statutory Aggravating Factors by Payton Gendron. (Access given to counsel of record.) (LAS) (Entered: 01/27/2025) | 268 |
| 6 | Sealed Document – RESPONSE in Opposition by USA re 268 Motion to Strike Statutory and Non-Statutory Aggravating Factors. (Access given to counsel of record.) (LAS) (Entered: 03/14/2025) | 289 |
| 7 | Sealed Document – MOTION to Establish Procedures for Admission of Victim Impact Evidence and to Exclude Categorically Inadmissible Testimony by Payton Gendron. (Access given to counsel of record.) (LAS) (Entered: 04/01/2025) | 309 |
| 8 | REDACTED DOCUMENT - Motion to Establish Procedures for Admission of Victim Impact Evidence and to Exclude Categorically Inadmissible Testimony by Payton Gendron. (Unsealed and redacted version of 309). (LAS) (Entered: 04/08/2025) | 319 |

| ITEM | DOCUMENT DESCRIPTION | DISTRICT COURT DOCKET NO. |
|---|---|---|
| 9 | Sealed Document – REPLY TO RESPONSE to Motion by Payton Gendron re 268 MOTION to Strike Statutory and Non-Statutory Aggravating Factors. (Access given to counsel of record.) (LAS) (Entered: 05/01/2025) | 341 |
| 10 | MEMORANDUM IN OPPOSITION Government's Memorandum in Opposition to Defendant's Motion to Establish Procedures for Admission of Victim Impact Evidence by USA as to Payton Gendron (Warbel, Michael) (Entered: 05/09/2025) | 350 |
| 11 | MEMORANDUM/BRIEF Reply to Government's Response In Opposition to Motion to Establish Procedures for Admission of Victim Impact Evidence and to Exclude Categorically Inadmissible Evidence by Payton Gendron (Covert, MaryBeth) (Entered: 05/27/2025) | 372 |
| 12 | MEMORANDUM IN OPPOSITION re 268 Sealed Document Redacted Version of Docket No. 289 Gov. Opposition to Motion to Strike Aggravating Factors by USA as to Payton Gendron (Warbel, Michael) (Entered: 06/13/2025) | 383 |
| 13 | MOTION to Strike Statutory and Non-Statutory Aggravating Factors (Redacted Version of ECF No. 268) by Payton Gendron. (Covert, MaryBeth) (Entered: 06/13/2025) | 384 |
| 14 | REPLY TO RESPONSE to Motion by Payton Gendron re 384 MOTION to Strike Statutory and Non-Statutory Aggravating Factors (Redacted Version of ECF No. 268) Redacted Version of ECF No. 341 (Covert, MaryBeth) (Entered: 06/13/2025) | 385 |
| 15 | NOTICE OF FILING OFFICIAL TRANSCRIPT of ORAL ARGUMENT as to Payton Gendron held on 6/17/25 before Judge Lawrence J. Vilardo. Court Reporter/Transcriber Ann Meissner Sawyer, Ann_Sawyer@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Report/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/9/2025. Redacted Transcript Deadline set for 7/21/2025. Release of Transcript Restriction set for 9/16/2025. (AMS) (Entered: 06/18/2025) | 387 |

| ITEM | DOCUMENT DESCRIPTION | DISTRICT COURT DOCKET NO. |
|---|---|---|
| 16 | Minute Entry for proceedings held before Hon. Lawrence J. Vilardo: Oral Argument re: Motion to Strike Aggravating Factors and Admission of Victim Impact Evidence held on 6/17/2025. AFPD Zoghlin waived defendant's appearance. Government's supplemental submission regarding race and incitement due by 7/1/2025. Defendant's response due by 7/15/2025. Court reserved decision. Defendant's Motion for Appointment of counsel, as stated on record, is due by 6/20/2025. Government's response is due by 6/23/2025. Court will issue a text order with trial date. Status Conference set for 6/30/2025 at 11:00 AM in U.S. District Court, Niagara Courtroom, 8th Floor West, 2 Niagara Square, Buffalo, NY before Hon. Lawrence J. Vilardo. Dial-in information will be provided to out-of-town counsel. Appearances. For government: AUSA Joseph Tripi, AUSA Brett Harvey, AUSA Caitlin Higgins, AUSA Maeve Huggins and AUSA Charles Kruly. DOJ Trial Attorney Michael Warbel. Civil Rights Division Attorneys Sanjay Patel and FBI Special Agent Brian Burns. For defendant: AFPD Sonya Zoghlin, AFPD MaryBeth Covert and Attorney Julie Brain. Defendant is not present. (Court Reporter Ann M. Sawyer.)(CMD) (Entered: 06/18/2025) | 388 |
| 17 | MEMORANDUM/BRIEF Government's Supplemental Memorandum Concerning Aggravating Factors by USA as to Payton Gendron (Attachments: # 1 Exhibit A)(Kruly, Charles) Modified on 7/21/2025 to seal Exhibit A (LAS). (Entered: 07/03/2025) | 411 |
| 18 | MEMORANDUM/BRIEF Response to Government's Supplemental Memorandum Concerning Aggravating Factors by Payton Gendron (Covert, MaryBeth) (Entered: 07/17/2025) | 414 |
| 19 | DECISION & ORDER. For the reasons stated in the attached decision and order, Payton Gendron's motions to strike aggravating factors, Docket Item 268, and for victim impact procedures, Docket Item 309, are GRANTED IN PART and DENIED IN PART. The government shall provide a proposed testimonial statement for each victim impact witness no later than May 1, 2026. Any objections to the statements shall be filed with motions in limine. SO ORDERED. Signed by Hon. Lawrence J. Vilardo on 9/16/2025. (LAS) (Entered: 09/16/2025) | 464 |

| ITEM | DOCUMENT DESCRIPTION | DISTRICT COURT DOCKET NO. |
|---|---|---|
| 20 | NOTICE by USA as to Payton Gendron re 464 Order on Motion to Strike, NOTICE OF APPEAL (DiGiacomo, Michael) (Entered: 10/14/2025) | 472 |
| 21 | NOTICE OF APPEAL (Interlocutory) by USA as to Payton Gendron re 464 Order on Motion to Strike. Fee Status: no fee due. (DDS) (Entered: 10/15/2025) | 473 |

DATED:  November 13, 2025, Buffalo, New York

    Respectfully submitted,

    MICHAEL DIGIACOMO  
    UNITED STATES ATTORNEY  
    United States Attorney's Office  
    Western District of New York  
    138 Delaware Avenue  
    Buffalo, New York 14202

By:    s/CHARLES M. KRULY_____  
    Assistant United States Attorney  
    *Of counsel*