UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
                 Plaintiff,

            -v-

PAYTON GENDRON,
                Defendant.
_____

1:22-cr-109

**CLERK'S CERTIFICATE / INDEX**

     I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

     **The following documents are not available electronically and are maintained in the Western District of New York.  Upon request, we will provide these documents to the USCA.**

| | |
|---|---|
| Docket No. 210 | Docket No. 309 |
| Docket No. 268 | Docket No. 341 |
| Docket No. 289 | Docket No. 411 |

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/  Donna
_____
Deputy Clerk

DATED:     November 14, 2025

              Buffalo, NY