IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                                22-CR-109-V

PAYTON GENDRON,

                          Defendant.

---

## NOTICE OF REMOVAL OF APPEARANCE

    TO:    Clerk of the United States District Court
               for the Western District of New York

You are hereby requested to remove **AUSA CAITLIN M. HIGGINS'** appearance as co-counsel for the United States in the above-entitled action.

    DATED:    Buffalo, New York, December 4, 2025.

                                               MICHAEL DIGIACOMO
                                               United States Attorney

                    BY:    s/JOSEPH M. TRIPI
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York 14202
                            716-843-5839
                            Joseph.Tripi@usdoj.gov