# FEDERAL PUBLIC DEFENDER'S OFFICE
## WESTERN DISTRICT OF NEW YORK

MARIANNE MARIANO
*FEDERAL PUBLIC DEFENDER*
marianne_mariano@fd.org

MARYBETH COVERT
*SENIOR LITIGATOR*
marybeth_covert@fd.org

300 PEARL STREET, SUITE 200
BUFFALO, NEW YORK 14202

716-551-3341
FAX: 716-551-3346

ROCHESTER OFFICE
28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614
585-263-6201
585-263-5871-FAX

*REPLY TO:* BUFFALO

March 27, 2026

Hon. Lawrence J. Vilardo
United States District Judge
United States Courthouse
2 Niagara Square
Buffalo, New York 14202

     Re: *United States v. Gendron*, 22-cr-00109-LJV

Dear Judge Vilardo:

    In anticipation of 3000 one-step summonses being mailed at the end of this month, we submit this letter request that we be provided with a list of the individuals summoned from the Master Jury Wheel for this case in a native electronic file format (Excel or CSV). Such a list will facilitate our review of those summonses returned by individuals seeking exclusion or disqualification. As discussed in court at the status conference on March 20, 2026, the review process will commence on April 14, 2026.

    In addition, as the summonses are returned, we request an updated list on a rolling basis, perhaps weekly, to include the demographic information regarding the age, gender, race and ethnicity and zip code of the individual prospective jurors on the list. The parties previously requested this data in a native electronic file format in our Joint Proposed Voir Dire and Jury Selection Procedures, ECF No. 271, no.3.[1]

    Lastly, we also request that the parties be provided copies of the completed "one-step summons/qualification form[s]" and related documents in .pdf form, as soon as practicable. This was also requested by the parties in the Joint Proposed Voir Dire and Jury Selection Procedures, *id.*, no.4.

    The government joins in our request for this information.

---

[1] While the Joint Procedures did not specify any interval for production of this spreadsheet, we add that request now so that our analysis of the returned summonses may be completed in a timely manner.

Please let us know if the Court requires a formal motion for any of this requested data.

Respectfully submitted,

*s/MaryBeth Covert*

MaryBeth Covert
Senior Litigator

cc: AUSA Joseph Tripi
AUSA Brett Harvey