IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v. 22-CR-109-LJV

PAYTON GENDRON,

Defendant.

## ORDER TO PRODUCE RECORDS

On July 28, 2022, the defendant, Payton Gendron ("Gendron"), moved for a protective order prohibiting the government from accessing his pretrial detention records. *See* Docket Item 15. The government opposed the motion, *see* Docket Item 92, but agreed not to seek to obtain Gendron's pretrial detention records while the motion was pending, Docket Item 53 at 6-7. Gendron filed a reply, *see* Docket Item 20, and the government filed a sur-reply, *see* Docket Item 23.

The Court heard oral argument on February 2, 2024, and allowed the parties to file additional briefs to address whether the government needed to demonstrate some level of relevance before accessing the records. *See* Docket Item 135. The government filed a supplemental memorandum, *see* Docket Item 140; Gendron responded, *see* Docket Item 144; and the government replied, *see* Docket Item 146.

On August 30, 2024, the government moved for disclosure of Gendron's pretrial detention records from the ERIE COUNTY HOLDING CENTER and the LIVINGSTON COUNTY JAIL. *See* Docket Item 208. Gendron filed a response to the motion, *see* Docket Item 220, and the government filed a reply. *See* Docket Item 227.

On June 22, 2026, Gendron filed a notice under FED. R. CRIM. P. 12.2 stating his intent to introduce expert mental health evidence at the potential capital sentencing hearing in this case. *See* Docket Item 609. On July 2, 2026, the government filed a motion to conduct mental health examinations of Gendron. *See* Docket Item 621. Gendron filed a response, *see* Docket Item 625; the government filed a reply, *see* Docket Item 633; and Gendron filed a sur-reply. *See* Docket Item 645.

On or about October 13, 2026, Gendron was transferred from the custody of the LIVINGSTON COUNTY JAIL to the ERIE COUNTY HOLDING CENTER, where he remains in custody.

On October 29, 2026, during a court appearance, the Court ordered that the ERIE COUNTY HOLDING CENTER disclose to defense counsel all medical, mental health, and observational records relating to Gendron for the time period from October 13, 2026, through and including the date of this order.

**WHEREAS**, under the Court's Order, the ERIE COUNTY HOLDING CENTER shall produce all medical, mental health, and observational records relating to Gendron to defense counsel for the time period from October 13, 2026, through and including the date of this order,

**NOW**, it is hereby

**ORDERED** that the ERIE COUNTY HOLDING CENTER personnel shall produce all medical, mental health, and observational records relating to Gendron for the time period from October 13, 2026, through and including the date of this order, to Gendron's defense counsel (at the Federal Public Defender's Office, 300 Pearl Street, Suite 200, Buffalo, New York 14202) no later than **November 5, 2026**.

**IT IS FURTHER ORDERED** that ERIE COUNTY HOLDING CENTER personnel shall produce updated medical, mental health, and observational records relating to Gendron to Gendron's defense counsel by **November 15, 2026**, **December 15, 2026**, **January 15, 2027**, and **February 15, 2027**.

**The government shall provide a copy of this order to the ERIE COUNTY HOLDING CENTER.**

DATED: Buffalo, New York, October 29, 2026.

LAWRENCE J. VILARDO
United States District Judge
Western District of New York